# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

WILLIAM ORTEGA,

    Plaintiff,

v.

CREDENCE RESOURCE MANAGEMENT LLC,

    Defendant.

Case No. 2:25-cv-00543-RFB-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by June 11, 2025.

    IT IS SO ORDERED.

    Dated: June 9, 2025

                                        Nancy J. Koppe
                                        United States Magistrate Judge