UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ORTEGA,<br>    Plaintiff,<br>v.<br>CREDENCE RESOURCE MANAGEMENT LLC,<br>    Defendant. | Case No. 2:25-cv-00543-RFB-NJK<br><br>**Order** |

On June 9, 2025, the Court ordered the parties to file a discovery plan by June 11, 2025. Docket No. 10. The parties violated that order. *See* Docket. The Court again orders the parties to file a discovery plan, this time by June 18, 2025. **FAILURE TO COMPLY MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

Dated: June 16, 2025

_____
Nancy J. Koppe
United States Magistrate Judge