# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ORTEGA,<br><br>  Plaintiff,<br><br>v.<br><br>CREDENCE RESOURCE MANAGEMENT LLC,<br><br>  Defendant. | Case No. 2:25-cv-00543-RFB-NJK<br><br>**Order**<br><br>[Docket No. 12] |

Pending before the Court is Defendant's proposed discovery plan. Docket No. 12.

On June 9, 2025, the Court ordered the parties to file a discovery plan by June 11, 2025. Docket No. 10. The parties violated that order. *See* Docket. On June 16, 2025, the Court ordered the parties to file a discovery plan by June 18, 2025. Docket No. 11. On June 18, 2025, Defendant submitted its discovery plan. Docket No. 12. Defendant submits that it does not have Plaintiff's telephone information and has attempted to meet and confer with him by email several times but has not received a response. *Id*. at 2.

Pursuant to Local Rule 26-1(a), the parties are required to submit a joint stipulated discovery plan and scheduling order. Accordingly, Defendant's proposed discovery plan is **DENIED** without prejudice. Docket No. 12. Plaintiff is **ORDERED** to contact Defendant and schedule the 26(f) conference no later than June 27, 2025. The parties must file a joint proposed discovery plan, no later than June 27, 2025. If Plaintiff fails to contact Defendant, Defendant must file notice of said failure, no later than June 27, 2025. Defendant is **ORDERED** to serve this order by email to Plaintiff. Plaintiff's failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

Dated: June 23, 2025

                                            Nancy J. Koppe
                                            United States Magistrate Judge