Shannon G. Splaine, Esq.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Tel: (702) 257-1997
Fax: (702) 257-2203
E-Mail: ssplaine@lgclawoffice.com

James K. Schultz, Esq.
Nevada Bar No. 10219
SESSIONS ISRAEL & SHARTLE, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA 92108
Tel:   (619) 758-1891
Fax:   (877) 334-0661
E-mail jschultz@sessions.legal

*Attorneys for Defendant*
*Credence Resource Management, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| William Ortega, | Case No. 2:25-cv-00543-RFB-NJK |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| Credence Resource Management LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff, William Ortega, and Defendant, Credence Resource Management LLC ("CRM"), that pursuant to the parties' settlement agreement, this action shall be dismissed as to CRM with prejudice. Each party is to bear its own costs.

Dated: 6/27/2025

                                         */s/ William Ortega*
                                         William Ortega
                                         Pro Se Plaintiff

Dated: 6/27/2025                                   SESSIONS ISRAEL & SHARTLE, L.L.P.

                                         */s/James K. Schultz*
                                         James K. Schultz
                                         Attorney for Defendant
                                         Credence Resource Management LLC

Shannon G. Splaine, Esq.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Tel: (702) 257-1997
Fax: (702) 257-2203
E-Mail: ssplaine@lgclawoffice.com

James K. Schultz, Esq.
Nevada Bar No. 10219
SESSIONS ISRAEL & SHARTLE, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA 92108
Tel:   (619) 758-1891
Fax:   (877) 334-0661
E-mail jschultz@sessions.legal

*Attorneys for Defendant*
*Credence Resource Management, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| William Ortega, | ) Case No. 2:25-cv-00543-RFB-NJK |
| Plaintiff, | ) **ORDER GRANTING** |
| vs. | ) **STIPULATION OF DISMISSAL** |
| Credence Resource Management LLC, | ) |
| Defendant. | ) |

Order Granting Stipulation of Dismissal

1

Plaintiff, William Ortega, and Defendant, Credence Resource Management LLC ("CRM"), having stipulated that the action shall be dismissed as to CRM with prejudice, and the Court having considered the same,

IT IS HEREBY ORDERED that this action shall be dismissed as to CRM with prejudice. Each party is to bear its own costs.

Dated: June 30, 2025

_____
Hon. Richard F. Boulware, II
United States District Court Judge